```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**SCOTT EHLERS, et al.,**

      **Plaintiffs,**

    vs.                           **Civil Action 2:10-CV-1147**
                                  **Judge Watson**
                                  **Magistrate Judge King**

**RESTORATION HARDWARE, INC., et al.,**

      **Defendants.**

_____

**SUSAN GIORDANO,**

      **Plaintiff,**

    vs.                           **Civil Action 2:11-CV-614**
                                  **Judge Watson**
                                  **Magistrate Judge King**

**RESTORATION HARDWARE, INC.**

      **Defendant.**

## ORDER

    Pursuant to the parties' stipulation (Doc. No. 46), the motions to certify (Doc. No. 25 in 2:10-cv-1147; Doc. No. 26 in 2:11-cv-614) are **WITHDRAWN** on the terms reflected in the stipulation.

    The Clerk is **DIRECTED** to remove the motions to certify from the Court's pending motions list.


September 21, 2012                                        *s/Norah McCann King*
                                                            Norah McCann King
                                                  United States Magistrate Judge