UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SCOTT EHLERS,** *et al.*, on behalf of himself and those similarly situated, | |
| Plaintiffs, | CASE NO. 2:10-cv-01147 |
| v. | Judge Watson |
| **RESTORATION HARDWARE, INC.,** *et al.*, | Magistrate Judge King |
| Defendants. | |

| | |
|---|---|
| **SUSAN GIORDANO,** individually and on behalf of a class, | |
| Plaintiff, | CASE NO. 2:11-cv-00614 |
| v. | Judge Watson |
| **RESTORATION HARDWARE, INC.,** | Magistrate Judge King |
| Defendant. | |

## ORDER

On February 5, 2013, the Court conferred with counsel in these cases.

The parties have reached agreement on all substantive terms in both cases and on the issue of attorneys' fees in 2:11-cv-614.  Magistrate Judge Abel mediated the issue of attorneys' fees in 2:10-cv-1147, but the parties have reached impasse on that issue.   The parties propose to proceed with the filing of a joint motion for preliminary approval of the settlement of both cases, leaving the issue of attorneys' fees in 2:10-cv-1147 for briefing and resolution by the Court.

1

The Court will expect the parties to file a joint motion for preliminary approval no later than March 7, 2013.  The parties shall also tender proposed orders, as appropriate.

                                                           *s/ Norah McCann King*
                                                United States Magistrate Judge

February 5, 2013